UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JAMES OTIS WILLIAMS, JR.,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 5:21-cv-00998-RDP-SGC |
| **KRISTY DIANA SHELTON, et al.,** | } |
| **Defendant.** | } |

## MEMORANDUM OPINION

On March 20, 2023, the Magistrate Judge's Report and Recommendation was entered, and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that Plaintiff's § 1983 action be dismissed without prejudice.

This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). The court finds Plaintiff's claims do not satisfy either standard. If Williams wishes to appeal, he must request a

certificate of appealability from the Eleventh Circuit Court of Appeals. Fed. R. App. P. 22(b); 11th Cir. R. 22-1(b).

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this April 11, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE